# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Jiahang Lin, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 17-cv-1044 (RPK) |
| Rising Sun Restaurant, Inc. ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: See attached.

.

This action was *(check one)*:

☑ tried by a jury with Judge Rachel P. Kovner presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

.

BRENNA B. MAHONEY

Date: May 19, 2025

*CLERK OF COURT*

/S/ Tsz Chan

*Signature of Clerk or Deputy Clerk*

Print   Save As...   Reset

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x

JIAHANG LIN, WASING CHAN,
YONGJIE CHEN, JIANSHENG LUO,
ZHONGXIAN RUAN, LIYAN ZHENG,
LIANMING CHEN, ANWEI LI, and
YINGQIANG TAN,

                      Plaintiffs,

              v.

RISING SUN RESTAURANT, INC., *d/b/a*
*ChopStix*, GRAND JOINT FORTUNE
RESTAURANT, INC., *d/b/a ChopStix*,
GEORGE KANG WONG, and MAY
KUEN MOY,

                      Defendants.

-------------------------------------------------------x

**JUDGMENT**
17-CV-1044 (RPK) (RML)

      ORDERED and ADJUDGED that for plaintiff Jiahang Lin, judgment is entered in the amount of $9,959.27, which is inclusive of (1) $2,376.29 in damages on plaintiff's minimum wage claim, (2) $719.23 in damages on plaintiff's overtime claim, (3) $421.50 in damages on plaintiff's spread of hours claim, (4) $4,550 in damages on plaintiff's wage notice claim, and (5) prejudgment interest on plaintiff's unpaid wages but not statutory damages, against defendants Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy, jointly and severally; that for plaintiff Jiansheng Luo, judgment is entered for defendants, and plaintiff to recover nothing; that for plaintiff Lianming Chun, judgment is entered for defendants, and plaintiff to recover nothing; that for plaintiff Liyan Zheng, judgment is entered in the amount of $31,023.63, which is inclusive of (1) $16,827.83 in damages on plaintiff's minimum wage claim, (2) $2,500 in damages on plaintiff's wage notice claim, and (3) prejudgment interest on plaintiff's unpaid wages but not

1

statutory damages, against defendants Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy, jointly and severally; that for plaintiff Wasing Chan, judgment is entered in the amount of $27,269.23, which is inclusive of (1) $12,606.39 on plaintiff's minimum wage claim, (2) $648.75 on plaintiff's spread of hours claim, (3) $5,000 on plaintiff's wage notice claim, and (4) prejudgment interest on plaintiff's unpaid wages but not statutory damages, against defendants Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy, jointly and severally; that for plaintiff Yingqiang Tan, judgment is entered for defendants, and plaintiff to recover nothing; that for plaintiff Yongjie Chen, judgment is entered in the amount of $34,105.83, which is inclusive of (1) $17,539.71 in damages on plaintiff's minimum wage claim, (2) $997.72 in damages on plaintiff's overtime claim, (3) $243 in damages on plaintiff's spread of hours claim, (4) $2,500 in damages on plaintiff's wage notice claim, and (5) prejudgment interest on plaintiff's unpaid wages but not statutory damages, against defendants Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy, jointly and severally; that for plaintiff Zhongxian Ruan, judgment is entered in the amount of $24,204.27, which is inclusive of (1) $12,532.29 in damages on plaintiff's minimum wage claim, (2) $2,500 in damages on plaintiff's wage notice claim, and (3) prejudgment interest on plaintiff's unpaid wages but not statutory damages, against defendants Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy, jointly and severally; and that for plaintiff Anwei Li, judgment is entered for defendants, and plaintiff to recover nothing.