**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

JIAHANG LIN,
WASING CHAN,
YONGJIE CHEN,
JIANSHENG LUO,
ZHONGXIAN RUAN,
LIYAN ZHENG,
LIANMING CHEN,
ANWEI LI, and
YINGQIANG TAN,

Plaintiffs,

v.

RISING SUN RESTAURANT, INC.
d/b/a ChopStix,
GRAND JOINT FORTUNE RESTAURANT, INC.
d/b/a ChopStix,
GEORGE KANG WONG, and
MAY KUEN MOY,

Defendants.

---------------------------------------------------------------- x

Case No. 17-cv-01044 (RPK) (SJB)

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND COSTS**

**PLEASE TAKE NOTICE** that upon the declaration of Aaron B. Schweitzer, Plaintiffs' Memorandum of Law, and all prior papers and proceedings herein, Plaintiffs hereby move this Court, at the Theodore Roosevelt United States Courthouse, 225 Cadman Plaza East, Brooklyn, NY 11201, before the Honorable Rachel P. Kovner, United States District Judge, for an award of attorneys' fees and costs pursuant to 29 U.S.C. § 216(b) and N.Y. Lab. L. §§ 198(1-a), 663(1).

Dated: Flushing, NY
June 27, 2025

TROY LAW, PLLC

*/s/ Aaron B. Schweitzer*
Aaron B. Schweitzer
41-25 Kissena Boulevard
Suite 110
Flushing, NY 11355
(718) 762-1324

troylaw@troypllc.com
*Attorneys for Plaintiffs*