UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

JIAHANG LIN,                                        No. 1:17-cv-01044-RPK-SJB
*on behalf of himself and others similarly situated,*
                                Plaintiffs,

v.                                                  **SATISFACTION OF JUDGMENT**

RISING SUN RESTAURANT, INC.
d/b/a ChopStix,
GRAND JOINT FORTUNE RESTAURANT, INC.
d/b/a ChopStix,
GEORGE KANG WONG, and
MAY KUEN MOY,
                                Defendants.
-----------------------------------------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 19th day of May, 2025: in favor of Jiahang Lin and against Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy in the amount of $9,959.27, inclusive of interest; in favor of Liyan Zheng and against Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy in the amount of $31,023.63, inclusive of interest; in favor of Wasing Chan and against Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy in the amount of $27,269.23, inclusive of interest; in favor of Yongjie Chen and against Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy in the amount of $34,105.83, inclusive of interest; and in favor of Zhongxian Ruan and against Rising Sun Restaurant, Inc., George Kang Wong, and May Kuen Moy in the amount of $24,204.27, inclusive of interest, and said judgments with interest having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgments is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Sworn to before me this 13th day of August, 2025

TROY LAW, PLLC

By: _____
John Troy, Esq.
Attorneys for Plaintiffs
41-25 Kissena Boulevard, Suite 110
Flushing, New York 11355

STATE OF NEW YORK    )
                     )   ss.:
COUNTY OF QUEENS     )

On the 13th day of August, 2025 before me personally came John Troy to me known and known to be a member of the firm of Troy Law, attorneys for plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

**TIFFANY TROY**
**Notary Public, State of New York**
**No. 02TR0014997**
**Qualified in Queens County**
**Expires October 26, 2027**

_____
Notary Public